IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| United States *ex rel.*, ) | |
| Beauchamp & Shepherd, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | 1:11cv371 |
| ) | |
| U.S. Training Center, ) | |
| ) | |
|     Defendant. ) | |

### **O R D E R**

Having reviewed Relators' Emergency *Ex Parte* Motion for a Lifting of the Seal, and with the United States having no objection to lifting the seal, it is hereby ORDERED that:

    1)    the Motion is GRANTED; and

    2)    this matter shall be UNSEALED.

July 14, 2011                             _____/s/_____
Alexandria, Virginia                        James C. Cacheris
                                        UNITED STATES DISTRICT COURT JUDGE