

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

United States of America, *ex rel.*
Beauchamp and Shepherd

    **Plaintiffs,**

v.

U.S. Training Center, Inc. ("USTC")
850 Puddin Ridge Road
Moyock, NC 27958

    **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:11-cv-371
(JCC/JFA)

## DEPARTMENT OF JUSTICE POSITION ON RELATORS'
## EMERGENCY *EX PARTE* MOTION FOR A LIFTING OF THE SEAL

Department of Justice asked Relators' counsel to advise the Court that the Department

does not object to Relators' Emergency Motion for a Lifting of the Seal.  Because the

Department is the intended beneficiary of the seal, this Court should lift the seal.

Date:   July 14, 2011

         *[signature]* 7/2/6

Susan L. Burke (VA Bar No. 27769)
Counsel for Relators
BURKE PLLC
1000 Potomac Street, N.W.
Washington, DC 20007-1105
Telephone: (202) 386-9622
Facsimile: (202) 232-5513
sburke@burkepllc.com

1