IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. Beauchamp and Shepherd, ) <br>   ) <br>   Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> U.S. Lodge and Training Center, ) <br>   ) <br>   Defendant. ) | Civil No. 1:11cv371 (JCC/JFA) |

**THE GOVERNMENT'S NOTICE OF ELECTION TO**
**DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that all other papers on file in this action that have not already been unsealed or otherwise filed on the public record (pursuant to the Court's July 14, 2011 order) remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

          Respectfully submitted,

          Stuart R. Delery
          Acting Assistant Attorney General

          Neil H. MacBride
          United States Attorney

              /s/
          Steven Gordon
          Assistant United States Attorney

          Michael D. Granston
          Judith Rabinowitz
          Diana J. Younts
          Attorneys, Civil Division
          Commercial Litigation Branch
          Post Office Box 261
          Ben Franklin Station
          Washington, D.C.  20044
          Telephone: 202-305-8586

Dated: July 31, 2012