# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Lyle Beauchamp and Warren Shepherd,<br><br>Plaintiffs,<br><br>v.<br><br>ACADEMI TRAINING CENTER, INC. (F/K/A U.S. TRAINING CENTER, INC.),<br><br>Defendant. | Civil Action No. 1:11-cv-371 (TSE/MSN) |

## NOTICE OF HEARING FOR DEFENDANT ACADEMI'S EXPERT MOTIONS

Pursuant to the Court's Order setting a hearing date for Defendant ACADEMI Training Center, LLC's ("ACADEMI") *Daubert* motions and other motions to exclude experts or hybrid experts ("Expert Motions"), (ECF No. 307), counsel for ACADEMI will appear for argument in support of its motions to exclude Relators' experts on Friday, March 3, 2017 at 10:00 a.m.

Dated: February 14, 2017

Respectfully submitted,

*/s/ Tara M. Lee*
Tara M. Lee (VSB # 71594)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Tel. (202) 538-8000
Fax: (202)-538-8100
Email: taralee@quinnemanuel.com

*Counsel for Defendant*
*Academi Training Center, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2017, I filed a copy of the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to all counsel of record.

Dated: February 14, 2017

Respectfully submitted,
By: /s/ Tara M. Lee
Tara M. Lee (VSB # 71594)
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001
Telephone: 202-538-8000
Facsimile: 202-538-8100
Email: TaraLee@quinnemanuel.com

*Counsel for Defendant Academi Training Center, LLC*